Proceeding via: ☐ CourtCall  ☐ AT&T

DOCKET No. 21 Mag. 5598          DEFENDANT Sina Moayedi

AUSA Michael Neff                DEF.'S COUNSEL Fred Sosinski
                                 ☒ RETAINED  ☐ FEDERAL DEFENDERS  ☐ CJA  ☐ PRESENTMENT ONLY
☐ _____ INTERPRETER NEEDED
                                 ☐ DEFENDANT WAIVES PRETRIAL REPORT

☒ Rule 5  ☐ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.   DATE OF ARREST WDVA 5/28/21   ☐ VOL. SURR.
                                                        TIME OF ARREST _____         ☒ ON WRIT
☐ Other: _____                                         TIME OF PRESENTMENT 2:48 PM

## BAIL DISPOSITION

☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE      ☐ DETENTION: RISK OF FLIGHT/DANGER      ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☒ $ 5,000,000  PRB  ☒ 6  FRP
☒ SECURED BY $ 5,000,000  ~~CASH~~/PROPERTY:  SIBLINGS' PROPERTIES TO BE APPROVED BY GOVT
☒ TRAVEL RESTRICTED TO SDNY/EDNY/WDVA/DDC & POINTS BETWEEN FOR COURT RELATED PURPOSES
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☒ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☒ PRETRIAL SUPERVISION:  ☐ REGULAR  ☐ STRICT  ☒ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS   ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☒ HOME INCARCERATION   ☐ HOME DETENTION   ☐ CURFEW   ☒ ELECTRONIC MONITORING   ☐ GPS
☒ DEF. TO PAY ALL O~~R~~ PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☒ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☒ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY: _____

### ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:

DEFENDANT IS PERMITTED TO SELF-INSTALL EQUIPMENT AT DIRECTION OF PRETRIAL SERVICES
DEFENDANT SHALL HAVE BRACELET AFFIXED IN SDNY ONCE ALL CONDITIONS ARE MET
DEFENDANT SHALL REMAIN IN THE CUSTODY OF SIAKZAR MOAYEDI WHO HAS AGREED TO ASSUME
 SUPERVISION AND REPORT ANY VIOLATION OF A RELEASE CONDITION TO THE COURT
DEFENDANT NOT TO OPEN ANY NEW BUSINESSES, PERSONAL BANK ACOUNTS, DEBIT OR CREDIT
 ACCOUNTS, LINES OF CREDIT OR LOANS WITHOUT PRIOR APPROVAL OF PTS
NO CONTACT WITH WITNESSES UNLESS IN THE PRESENCE OF COUNSEL
DEFENDANT IS NOT TO ENGAGE IN ANY CONDUCT AS NOTED IN THE COMPLAINT

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY                    ☐ CONFERENCE BEFORE D.J. ON _____
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED                 ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED      ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: 7/26/2021    ☒ ON DEFENDANT'S CONSENT

DATE: 6/24/2021                         _____
                                        UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (original) – COURT FILE    PINK – U.S. ATTORNEY'S OFFICE    YELLOW – U.S. MARSHAL    GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016